DiMarco & Ciccone, Inc., Respondent, v. Travelers Indemnity Company, Appellant.

Argued October 10, 1941; decided November 19, 1941.

602

*John G. Donovan, William J. Moran* and *Louis P. Galli* for appellant.

*Charles D. Lewis* and *Henry E. Stohldreier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ.   Dissenting: LEHMAN, Ch. J., and DESMOND, J.